IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID KRITNER, *as Grandfather and Legal Custodian of J.K., a minor*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:23-cv-553-RAH [WO] |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, *et al.*, | ) ) ) | |
| Defendants. | ) | |
| HUNTER JAMES CARTER, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:23-cv-554-RAH |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, *et al.*, | ) ) ) | |
| Defendants. | ) | |
| GINGER HICKS, *as Next Friend of H.O., a minor*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:23-cv-557-RAH |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, *et al.*, | ) ) ) | |
| Defendants. | ) | |
| XAVIER WILSON, | ) ) | |

1

|   |   |   |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cv-558-RAH |
| | ) | |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinion, and orders of the Court, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Final Judgment is entered in favor of Defendants and against Plaintiffs.

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. The parties shall bear their own costs.

DONE, on this the 10th day of February 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE